**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Charles L. MALONE, Defendant–
Appellant.**

No. 07–40033
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 29, 2008.

Barry A. Bryant, U.S. Attorney's Office, Eastern District of Texas, Texarkana, TX, for Plaintiff–Appellee.

Troy Alan Hornsby, Miller, James, Miller & Hornsby, Texarkana, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Charles L. Malone has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Malone has filed a response, which includes claims of ineffective assistance of counsel. The record is insufficiently developed to allow consideration at this time of

Malone's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Malone's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. To the extent Malone moves to proceed pro se on appeal, his motion is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.